# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIA IBARRA, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) No. 1:20-cv-7015 |
| v. | ) ) ) Judge Jorge L. Alonso |
| PROSPERA, LLC, PORTFOLIO HOTELS & RESORTS, LLC, MAVERICK HOTELS AND RESTAURANTS, LLC, AND SOMNIUM HOSPITALITY GROUP, LLC, | ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANT PROSPERA, LLC'S
## MOTION TO DISMISS CLASS ACTION COMPLAINT

Defendant Prospera, LLC ("Prospera") respectfully moves to dismiss Plaintiff's Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of its motion, Prospera is filing contemporaneously a supporting Memorandum of Law.

WHEREFORE, Prospera respectfully requests the Court enter an Order dismissing the Class Action complaint with prejudice, and for any other further relief as this Court deems appropriate.

Dated: January 4, 2021

Respectfully submitted,

**PROSPERA, LLC**

By: */s/ Erin Bolan Hines*
   One of Its Attorneys

Melissa A. Siebert
Erin Bolan Hines
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, IL 60606

Tel: (312) 704-7700
masiebert@shb.com
ehines@shb.com

## CERTIFICATE OF SERVICE

I, Erin Bolan Hines, an attorney, hereby certify that on **January 4, 2020**, I caused a true and correct copy of **DEFENDANT PROSPERA, LLC'S MOTION TO DISMISS CLASS ACTION COMPLAINT** to be electronically served on all counsel via the Court's EC/CMF system.

    */s/ Erin Bolan Hines*