**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ELIA IBARRA, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROSPERA, LLC, PORTFOLIO HOTELS & RESORTS, LLC, MAVERICK HOTELS AND RESTAURANTS, LLC, AND SOMNIUM HOSPITALITY GROUP, LLC, )<br>)<br>Defendants. ) | Case No. 1:20-cv-07015<br><br>Hon. Jorge L. Alonso |

**NOTICE OF VOLUNTARY DISMISSAL OF SOMNIUM HOSPITALITY GROUP, LLC**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Elia Ibarra hereby voluntarily dismisses Defendant Somnium Hospitality Group, LLC, without prejudice and with each party to bear its own fees and costs.

Date: April 19, 2021

Respectfully Submitted,

*/s/ Haley R. Jenkins*
Haley R. Jenkins
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza
Suite 2150
Chicago, Illinois 60606
312.233.1550
312.233.1560 *f*
hjenkins@stephanzouras.com

**ONE OF PLAINTIFF'S ATTORNEYS**

## **CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on April 19, 2021, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

                                        */s/ Haley R. Jenkins*