# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ELIA IBARRA, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:20-cv-07015 |
| v. ) ) | Hon. Jorge L. Alonso |
| PROSPERA, LLC, PORTFOLIO HOTELS & RESORTS, LLC, and MAVERICK HOTELS AND RESTAURANTS, LLC, ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF
## MAVERICK HOTELS AND RESTAURANTS, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Elia Ibarra hereby voluntarily dismisses Defendant Maverick Hotels and Restaurants, LLC, without prejudice and with each party to bear its own fees and costs.

Date: June 25, 2021

Respectfully Submitted,

/s/ Haley R. Jenkins
Haley R. Jenkins
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza
Suite 2150
Chicago, Illinois 60606
312.233.1550
312.233.1560 *f*
hjenkins@stephanzouras.com

**ONE OF PLAINTIFF'S ATTORNEYS**

**<u>CERTIFICATE OF SERVICE</u>**

  I, the attorney, hereby certify that on June 25, 2021, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

                   */s/ Haley R. Jenkins*