# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Elia Ibarra

                  Plaintiff,

v.                                              Case No.: 1:20−cv−07015
                                                    Honorable Jorge L. Alonso

Prospera, LLC, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 1, 2021:

       MINUTE entry before the Honorable Jorge L. Alonso: A notice of voluntary dismissal has been filed. Defendant Maverick Hotels and Restaurants, LLC is dismissed without prejudice. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.