# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Elia Ibarra

                      Plaintiff,

v.                                               Case No.: 1:20−cv−07015
                                                            Honorable Jorge L. Alonso

Prospera, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 19, 2021:

      MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. For the reasons stated on the record, Defendant Prospera, LLC's motion to reinstate stay [55] is granted. Discovery is stayed. Plaintiff is directed to continue efforts to serve all Defendants. Status hearing date of 8/10/21 at 9:30 a.m. remains set. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.