

*279225*

Law firm ref#:

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**Elia Ibarra,**
    Plaintiff(s),

vs.

**Prospera, LLC, Portfolio Hotels & Resorts, LLC, Maverick Hotels and Restaurants, LLC, and Somnium Hospitality Group, LLC,**
    Defendant(s).

Case No.: 20 CV 7015



### AFFIDAVIT OF SPECIAL PROCESS SERVER

Michael Menichini, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.
INDIVIDUAL/ENTITY TO BE SERVED: **Portfolio Hotels & Resorts, LLC c/o Graham Hershman, Registered Agent**

I, Non-Served the within named INDIVIDUAL/ENTITY on July 08, 2021 @ 8:10 AM

TYPE OF PROCESS: **Alias Summons in a Civil Case; Class Action Complaint; Notice of Removal**
ADDRESS WHERE ATTEMPTED: **123 6th St., Downers Grove, IL 60515**
NON-SERVICE for reason that after diligent investigation found:

| Date/Time | Address | Remarks |
| --- | --- | --- |
| 06/20/2021-3:15 PM | 123 6th St., Downers Grove, IL 60515 | Per the subject's wife, Graham was not in. |
| 06/21/2021-7:00 PM | 123 6th St., Downers Grove, IL 60515 | There was no response after ringing the bell or knocking on the door. |
| 06/24/2021-5:25 PM | 123 6th St., Downers Grove, IL 60515 | No vehicles were parked in the driveway. There was no response after ringing the bell or knocking on the door. |
| 06/28/2021-9:00 AM | 123 6th St., Downers Grove, IL 60515 | I spoke with a woman who stated the subject splits his time between this address and a place in Chicago. She refused to provide the address. |
| 06/30/2021-4:50 PM | 123 6th St., Downers Grove, IL 60515 | There was no response after ringing the bell or knocking on the door. |
| 07/01/2021-11:20 AM | 123 6th St., Downers Grove, IL 60515 | There was no response after ringing the bell or knocking on the door. |
| 07/08/2021-8:10 AM | 123 6th St., Downers Grove, IL 60515 | There was no response after ringing the bell or knocking on the door. No contact was made with the subject. |

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of _Illinois_

County of _Cook_

This instrument was subscribed and sworn to before me on _7-16-2021_ (date)
By _Michael Menichini_ (name/s of person/s)

_Rene Silva_
Signature of Notary Public

Michael Menichini, Process Server
Dated _7/16/21_
ATG LegalServe Inc

OFFICIAL SEAL
RENE SILVA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/21/24

ATG LegalServe Inc
105 W. Adams Street, Suite 1350
Chicago, IL 60603
312-855-0303