# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Elia Ibarra

                Plaintiff,

v.                                                Case No.: 1:20−cv−07015

                                                        Honorable Jorge L. Alonso

Prospera, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 17, 2024:

        MINUTE entry before the Honorable Jorge L. Alonso: Final approval hearing held. For the reasons stated on the record, Plaintiff's Unopposed Motion and memorandum in support of final approval of class action settlement [128] is granted. Plaintiff's Unopposed petition for approval of attorneys' fees and costs [129] is granted. Enter Final approval order and final judgment. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.